IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GENE RYAN                                                                          PLAINTIFF

VS.                                CASE NO. 09-CV-1009

MICHAEL J. ASTRUE
Commissioner, Social Security Administration                 DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on October 2, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 10). Ten (10) days have passed without objections being filed by the parties. The Court has reviewed the case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety.

Accordingly, the Court hereby adopts the Magistrate's Report and Recommendation, affirms the decision of the Administrative Law Judge, and dismisses the Plaintiff's complaint with prejudice.

IT IS SO ORDERED, this 23rd day of October, 2009.

                                                                   /s/Harry F. Barnes
                                                                   Hon. Harry F. Barnes
                                                                   United States District Judge